No. 88–5196. WATSON v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–5200. DOPICO-FERNANDEZ v. GRAND UNION SUPER-MARKET ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–5201. CONNER v. BOWEN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 88–5202. GLENNA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 88–5204. SZAREWICZ v. GARDNER. C. A. 3d Cir. Certiorari denied.

No. 88–5205. OAKLEY v. WILSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–5206. STRADER v. DOE ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5207. ERVIN v. BOWEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–5208. FIXEL v. WHITLEY, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 88–5209. WESTOVER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5210. SAVARESE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–5212. RILEY v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 88–5214. LECHIARA v. SOUTHERN OHIO COAL CO. Cir. Ct. W. Va., Marion County. Certiorari denied.

No. 88–5217. JOHNSON v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 88–5218. BONDZIE v. LIVELY ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5219. REDDING v. ALLEN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.